Cavalry Portfolio Services, LLC



500 Summit Lake Drive
Suite 400
Valhalla, NY 10595-1340
Phone: (914) 347-3440 x. 13428
Fax: (914) 347-1973

May 19, 2011

Clerk, US Bankruptcy Court
Eastern District of Michigan

## WITHDRAWAL OF PROOF OF CLAIM

Re: **ELLING JR, WILLIAM GERALD**
Case Number **11-42256**
Cavalry Ref. Number: **xxxx1563**

To the Clerk of the Court,

Please be advised that this letter is the written request from Cavalry Portfolio Services, LLC to withdraw claim # 6, claim amount $14,697.75, date filed May 19, 2011.

If you have any questions, please contact Cavalry Portfolio Services, LLC at 1-800-724-1757.

Respectfully,


/s/ Karen Borgatti
Bankruptcy Specialist


Krispen S Carroll, Chapter 13 Trustee

Guy T Conti, Law Office of Guy T Conti PLLC